COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:        Ana Maria Lara v. Jose Sanchez

Appellate case number:    01-17-00887-CV

Trial court case number:   2016-19246

Trial court:                      61st District Court of Harris County

Appellee, Jose Sanchez, filed a partially unopposed motion asking the court to "abate this appeal until at least January 2, 2019" due to pending settlement negotiations and arbitration proceedings. Appellant, Ana Maria Lara, has not filed a response. *See* TEX. R. APP. P. 10.1(b) & 10.3(a).

We **grant** the motion and **abate** the appeal. No later than January 2, 2019, the parties shall file a motion to reinstate and dismiss the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of the settlement negotiations and arbitration proceedings. If the parties do not respond as directed, the case may be reinstated on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.


Judge's signature:  ___/s/ Russell Lloyd_____
                            ☒ Acting individually

Date:  __November 15, 2018___